# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: KULIKOWSKI, WILLIAM JOHN, JR.  § Case No. 11-81731
§
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

 Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

 The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

 Clerk of The U S Bankruptcy Court
 327 S Church Street, Room 1100
 Rockford IL 61101

 Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 04/15/2013 in Courtroom 3100, United States Courthouse, 327 S Church Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  03/21/2013          By:  /s/BERNARD J. NATALE
                                                    Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: KULIKOWSKI, WILLIAM JOHN, JR.  § Case No. 11-81731
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 27,661.16 |
| *and approved disbursements of* | $ 754.02 |
| *leaving a balance on hand of* [1] | $ 26,907.14 |
| **Balance on hand:** | $ 26,907.14 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 8 | Fifth Third Bank | 12,583.22 | 12,583.22 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 26,907.14 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 3,516.12 | 0.00 | 3,516.12 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 1,639.75 | 0.00 | 1,639.75 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 52.58 | 0.00 | 52.58 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 5,208.45 |
| Remaining balance: | $ 21,698.69 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 21,698.69 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 21,698.69 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 102,177.15 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 21.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC | 429.49 | 0.00 | 91.21 |
| 2 | Atlas Acquisitions LLC | 644.44 | 0.00 | 136.86 |
| 3 | Atlas Acquisitions LLC | 505.91 | 0.00 | 107.44 |
| 4 | Candica LLC | 2,570.19 | 0.00 | 545.81 |
| 5 | Capital One Bank (USA), N.A. | 1,796.69 | 0.00 | 381.55 |
| 6 | Capital One,N.A | 265.09 | 0.00 | 56.30 |
| 7 | Portfolio Recovery Associates, LLC | 2,023.35 | 0.00 | 429.69 |
| 9 | American Express Bank, FSB | 11,975.34 | 0.00 | 2,543.12 |
| 10 | American Express Bank, FSB | 1,102.86 | 0.00 | 234.21 |
| 11 | L.A. Chemicals, Ltd. | 80,863.79 | 0.00 | 17,172.50 |

**UST Form 101-7-NFR (10/1/2010)**

|  | Total to be paid for timely general unsecured claims: | $ | 21,698.69 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | Total to be paid for subordinated claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |


Prepared By: /s/BERNARD J. NATALE
Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                          United States Bankruptcy Court
                          Northern District of Illinois
In re:                                                                  Case No. 11-81731-TML
William John Kulikowski                                                 Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-3          User: lorsmith              Page 1 of 3                  Date Rcvd: Mar 26, 2013
                              Form ID: pdf006             Total Noticed: 61


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 28, 2013.
db            +William John Kulikowski, Jr.,    2308 Aloha Drive,    McHenry, IL 60050-2870
17145675       AEGIS Receivables Management Inc.,    P.O. Box 404,    Fort Mill, SC 29716-0404
17145677       American Express,    P.O. Box 981535,    El Paso, TX 79998-1535
17781651       American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
17145678      +Apex Financial Management, LLC,    1120 W. Lake Cook Road, Suite A,    Buffalo Grove, IL 60089-1970
17145679       Associated Recovery Systems,    P.O. Box 469046,    Escondido, CA 92046-9046
17145681       Bank of America,    P.O. Box 15726,    Wilmington, DE 19886-5726
17145680       Bank of America,    P.O. Box 650070,    Dallas, TX 75265-0070
17145682       Barclaycard,    P.O. Box 13337,    Philadelphia, PA 19101-3337
17145683       Best Buy,    P.O. Box 17298,    Baltimore, MD 21297-1298
17145686       CCB Credit Services,    P.O. Box 272,    Springfield, IL 62705-0272
17145685       Capital One,    P.O. Box 6492,    Carol Stream, IL 60197-6492
17564212      +Capital One,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
17145687       Central Credit Services, Inc.,    P.O. Box 15118,    Jacksonville, FL 32239-5118
17145688       Chase,    200 White Clay Center Drive,    Newark, DE 19711-5466
17145689      +Chase Bank USA, N.A.,    131 South Dearborn Street, Floor 5,    Chicago, IL 60603-5571
17145690       Circuit City,    P.O. Box 15678,    Wilmington, DE 19885-5678
17145693      +CitiCorp,    PO Box 769004,    San Antonio, TX 78245-9004
17145692       Citibank,    P.O. Box 6283,    Sioux Falls, SD 57117-6283
17145691      +Citibank,    1000 Technoligy Drive MS 764,    O Fallon, MO 63368-2239
17145695      +Creditors Financial Group, LLC,    P.O. Box 440290,    Aurora, CO 80044-1500
17145700      +FMA Alliance, Ltd.,    12339 Cutten Road,    Houston, TX 77066-1807
17145697      +Fifth Third,    1701 Gold Road,    Rolling Meadows, IL 60008-4207
17756792       Fifth Third Bank,    PO Box 829009,    Dallas, TX 75382-9009
17145699       First Premier Bank,    P.O. Box 5519,    Sioux Falls, SD 57117-5519
17145701      +Frederick J. Hanna & Associates, PC,    1427 Roswell Road,    Marietta, GA 30062-3668
17145702      +GC Services,    6330 Gulfton St., Ste 400,    Houston, TX 77081-1108
17145703      +GC Services Limited Partnership,    P.O. Box 3232,    Houston, TX 77253-3232
17145707      +HSBC,    P.O. Box 17602,    Baltimore, MD 21297-1602
17145705      +Harley-Davidson Credit Corp,    PO Box 15129,    Palatine, IL 60055-0001
17145706       Home Depot,    P.O. Box 65300,    Dallas, TX 75265-3000
17145709       Juniper,    P.O. Box 13337,    Philadelphia, PA 19101-3337
17829918      +L.A. Chemicals, Ltd.,    c/o Greg Adamo, Clingen, Callow & McLean,
                2100 Manchester Road, Suite 1750,    Wheaton, IL 60187-4579
17145711      +LA Chemicals, Ltd.,    2415 Gardner Road,    Broadview, IL 60155-3785
17145713      +Mid-Century Insurance Company,    A division of Farmers Ins Co,    4680 Wilshire Blvd,
                Los Angeles, CA 90010-3807
17145716      +NCO Financial Systems Inc.,    P.O. Box 61247,    Dept 64,   Virginia Beach, VA 23466-1247
17145717       NCO Financial Systems Inc.,    P.O. Box 8969,    Dept 61,   Westbury, NY 11590-8969
17145719      +Northland Group Inc.,    P.O. Box 390905,    Minneapolis, MN 55439-0905
17145720       Northstar Location Services,    4285 Genesee Street,    Attn: Financial Svc Dept,
                Cheektowaga, NY 14225-1943
17145721      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,     P.O. Box 12903,
                Norfolk, VA 23541)
17145722       Protocol Recovery Service, Inc.,    509 Mercer Avenue,    Panama City, FL 32401-2631
17145723       Receivables Performance Management,    P.O. Box 1548,    Lynnwood, WA 98046-1548
17145726      +SRA Associates, Inc.,    401 Minnetonka Road,    Somerdale, NJ 08083-2914
17145725       Sears Credit Cards,    P.O. Box 183082,    Columbus, OH 43218-3082
17145727      +Tate & Kirlin Associates,    2810 Southampton Road,    Philadelphia, PA 19154-1207
17145729      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: US Bank,    P.O. Box 108,    Saint Louis, MO 63166)
17145730      +US Dept of Education/Direct Loans,    PO Box 530260,    Atlanta, GA 30353-0260
17145728       Universal Fidelity LP,    P.O. Box 941911,    Houston, TX 77094-8911

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17145676      +E-mail/Text: roy.buchholz@allianceoneinc.com Mar 27 2013 02:31:01
                Alliance One Receivables Management,    1160 Centre Pointe Drive, Suite #1,
                Saint Paul, MN 55120-1377
17208234      +E-mail/Text: bnc@atlasacq.com Mar 27 2013 02:31:21     Atlas Acquisitions LLC,   Attn: Avi Schild,
                294 Union St.,    Hackensack, NJ 07601-4303
17482251      +E-mail/Text: bncmail@w-legal.com Mar 27 2013 02:36:11     CANDICA L.L.C.,
                C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
17145684      +E-mail/Text: cms-bk@cms-collect.com Mar 27 2013 02:31:57     Capital Management Services, LP,
                726 Exchange Street, Suite 700,    Buffalo, NY 14210-1464
17537869       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 27 2013 02:44:41     Capital One Bank (USA), N.A.,
                by American InfoSource LP as agent,    PO Box 248839,   Oklahoma City, OK  73124-8839
17145694      +E-mail/Text: bankruptcy_notifications@ccsusa.com Mar 27 2013 02:29:53
                Credit Collections Services,    Two Welks Avenue, Dept. 9136,    Newton Center, MA 02459-3208
17145696      +E-mail/Text: bknotice@erccollections.com Mar 27 2013 02:35:11     Enhanced Recovery Co., LLC,
                8014 Bayberry Rd.,    Jacksonville, FL 32256-7412
17145698       E-mail/Text: data_processing@fin-rec.com Mar 27 2013 02:31:57
                Financial Recovery Services, Inc.,    P.O. Box 385908,    Minneapolis, MN 55438-5908
```

```
District/off: 0752-3          User: lorsmith            Page 2 of 3              Date Rcvd: Mar 26, 2013
                              Form ID: pdf006           Total Noticed: 61
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
17145704     +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2013 02:45:59      GE Capital,    P.O. Box 981439,
              El Paso, TX 79998-1439
17145708     +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2013 02:45:39      JC Penney,    P.O. Box 981131,
              El Paso, TX 79998-1131
17145710     +E-mail/Text: bnckohlsnotices@becket-lee.com Mar 27 2013 02:28:00      Kohl's,    P.O. Box 2983,
              Milwaukee, WI 53201-2983
17145715      E-mail/Text: bankruptcydepartment@ncogroup.com Mar 27 2013 02:50:45
              NCO Financial Systems Inc.,    P.O. Box 15630,    Dept 61,    Wilmington, DE 19850-5630
17145718      E-mail/Text: bankruptcydepartment@ncogroup.com Mar 27 2013 02:50:45
              NCO Financial Systems, Inc.,    P.O. Box 15889,    Wilmington, DE 19850-5889
                                                                                              TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17781652*     American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
17672978*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541)
17145712     ##Law Offices of Mitchell N. Kay, P.C,    P.O. Box 2374,    Chicago, IL 60690-2374
17145714     ##Nationwide Credit, Inc.,    P.O. Box 740640,   Atlanta, GA 30374-0640
17145724     ##Redline Recovery Services, LLC,    11675 Rainwater Drive, Suite 350,    Alpharetta, GA 30009-8693
                                                                                TOTALS: 0, * 2, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 28, 2013**                    **Signature:**     *Joseph Speetjens*

```
District/off: 0752-3           User: lorsmith              Page 3 of 3            Date Rcvd: Mar 26, 2013
                               Form ID: pdf006             Total Noticed: 61
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2013 at the address(es) listed below:

```
              Bernard J Natale    on behalf of Trustee Bernard J Natale natalelaw@bjnatalelaw.com
              Bernard J Natale    natalelaw@bjnatalelaw.com, IL42@ecfcbis.com
              Carole J. Ryczek    on behalf of Trustee Bernard J Natale carole.ryczek@usdoj.gov
              Michele  Aiken     on behalf of Debtor William John Kulikowski, Jr. maiken@aikenandaiken.com,
               saiken@aikenandaiken.com;lsoss@aikenandaiken.com;markp@aikenandaiken.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Scott E Hillison    on behalf of Trustee Bernard J Natale mmagnuson@bjnatalelaw.com
                                                                                             TOTAL: 6
```